**Milton E. LANCASTER, Plaintiff—Appellant,**

v.

**W.C. CASEY; Jerry Monette, Defendants—Appellees.**

No. 06–6077.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 31, 2006.

Milton E. Lancaster, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milton E. Lancaster appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lancaster v. Casey,* No. 5:05–ct–00586–BO (E.D.N.C. Nov. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*